

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00133-CR

ELLEN YOUNG                                                                 APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM COUNTY CRIMINAL COURT NO. 2 OF DENTON COUNTY
TRIAL COURT NO. CR-2013-08214-B

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Applicant's Motion to Withdraw Appeal" filed by Appellant. The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been

---

[1]*See* Tex. R. App. P. 47.4.

delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 13, 2015